CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Khalid Wisdom/13006690,
Full name of plaintiff/prisoner ID#

                      Plaintiff,              JURY TRIAL DEMAND
                                                    YES ✓   NO _____

-against-

N.Y.c 62nd Precint Brooklyn, n.y
and officer Christop San Tingo

CV 14 2878

BRODIE, J.

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

                      Defendants.
------------------------------------------------------------x

LEVY, M.J.

I.     Previous Lawsuits:

     A.    Have you begun other lawsuits in state or federal court
           dealing with the same facts involved in this action or
           otherwise relating to your imprisonment?  Yes ( )  No (✓)

     B.    If your answer to A is yes, describe each lawsuit in the space below
           (If there is more than one lawsuit, describe the additional lawsuits
           on another piece of paper, using the same outline.)

           1. Parties to this previous lawsuit:

                 Plaintiffs:   n/a

                 Defendants:   n/a

           2.  Court (if federal court, name the district;
              if state court, name the county)
              n/a

           3.  Docket Number:  n/a

RECEIVED MAY -5 2014 PRO SE OFFICE

4. Name of the Judge to whom case was assigned: __n/A__

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   __n/A__

6. Approximate date of filing lawsuit: __n/A__

7. Approximate date of disposition: __n/A__

II. Place of Present Confinement: __nassau county correctional center__

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

   C. If your answer is YES,

      1. What steps did you take? __n/A__

      2. What was the result? __n/A__

   D. If your answer is NO, explain why not __This is a street matter.__

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

   F. If your answer is YES,

      1. What steps did you take? __n/A__

      2. What was the result? __n/A__

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __Khalid Wisdom__

Address __726 ocean avenue APT 62 Brooklyn ny 11226__

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 __N.Y. city 62th Precint brooklyn ny__

Defendant No. 2 __Christop santiago Officer I off 948507__

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

Cont. pg 4 IV.

IV. why I was being denied Food, my phone call, and reason as to why I am being detained and question. After refusing to provide me with any kind of answers to any of the above questions, I was then placed into Four (4) diffrent line-ups where there was no one that picked me out or accused me of commiting a crime, Afterwards, I was then placed back into the Juvenile Holding Room and re-Handcuffed me to the bench for about Forty Five (45) minutes, then, un-cuffed me, Finger printed me, put me back into the Juvenile Holding Room Handcuffed for about a Hour (1), then move me back to the Room where they Do the FingerPrints and then they uncuffed me and put me in the Holding Cell for two (2) Hours, then transported me to the central bookings. Afterwards, one of the arresting and transporting officers, officer christop santiago, then informed me that I was charged with one count of "conspiracy."

Moreover, after being in central Booking over Five (5) Hours, my name was then called by an un-known officer, where I was told that the D.A. Office did not want to go through with my case, and then without appearing before a Judge in criminal Arraignment Court, dismissed the charges against me. Furthermore, I was then let out of a side Door at central booking.

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On, or about the 29th day of June 2013 I was with a couple of my friends headed back to my neighborhood in Flatbush, when a unmarked police car pulled us over, then the officers/detective jumped out with their weapons drawn on us, demanding everyone in the car to get out, once we all was out the car, we was then searched along with the car. Although, eachone of us constantly asked the officers/detectives why we was pulled over, why are we being searched, why are yall searching the vehicle, or, are we being accused of committing any crime? Nevertheless, none of us was provided with any answers to our questions. Infact, we was placed in handcuffs taken to the 62 PCT in brooklyn, new york, where I was handcuffed to a bench in the kids room for approximately twenty five (25) hours without being properly advised why I was in handcuffs, why I was at such precient,

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The injuries that I recieved was mental and emotional instability, mental and emotional pain and suffering, cruel and unusal punishment, falsely arrested and maliciously prosecuted.

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Monitary Damages in the amount of $1,000,000 Dollars For mental cruelity, mental anguish, mental Pain and suffering, mental and emotional Instability, and Punitive Damages in the amount of $1,000,000 For False Arrest, cruel and unusal Punishment, malicious Prosecution and For violating my 5th, 6th, 8th and 14th Amendments of the united States constitutional Amendments.

I declare under penalty of perjury that on 4/24/14 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 24 day of April, 20 14. I declare under penalty of perjury that the foregoing is true and correct.

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 2015

April 23, 2014
Carmine Pulgrano

K. Wisdom
Signature of Plaintiff

nassau county correctional center
Name of Prison Facility

100 Carman Avenue East
meadow, NY 11554

Address

13006690
Prisoner ID#

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

www.nyed.uscourts.gov

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 05 2014 ★

BROOKLYN OFFICE

■ LONG ISLAND OFFICE
US COURTHOUSE
100 FEDERAL PLAZA
PO BOX 9014
CENTRAL ISLIP, NY 11722-9014

## INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption**: It is *very important*, if possible, that you state the first and last name of each defendant and badge number, if appropriate, on pages 1 and 3 of the complaint form. You are required to furnish the correct name and address of each person on page 3 so that service of process upon each defendant can be made.

2. **Contents**: The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

3. **Copies**: You must send the Court the original complaint and you should keep a copy for your records. The copy can be photocopied, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee**: The filing fee is $350, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. See Fed. R. Civ. P. 4.

5. **Inability to Pay the Fee**: If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must also complete the attached Prisoner Authorization form.

When you have completed the forms, mail the originals to:

**United States District Court, EDNY
225 Cadman Plaza East; Brooklyn, NY 11201
Attention: Pro Se Office**

or on Long Island to:

**Clerk of United States District Court, EDNY
100 Federal Plaza; Central Islip, NY 11722-4438
Attention: Pro Se Office**

rev. 9/09